COMMONWEALTH *vs.* MICHAEL S. BARROWS. January 8, 2002. *Practice, Criminal,* Appeal, Death of party.

The defendant died following the oral argument of his appeal. His counsel has moved for the issuance of an opinion on the main point of the case that caused us to grant his application for direct appellate review: whether, on a charge of receiving or possessing a stolen motor vehicle, G. L. c. 266, § 28 (*a*), a defendant, on appropriate evidence, is entitled to a jury instruction on the offense of using the motor vehicle without authority, G. L. c. 90, § 24. When a criminal defendant dies pending his appeal, the general practice is to dismiss the charges. *Commonwealth* v. *Latour*, 397 Mass. 1007 (1986). The issue described above is one that can be resolved in a future appeal.

The judgments of conviction on indictments nos. 103265 and 103266 are vacated, the jury verdicts set aside, and the cases remanded to the Superior Court where those indictments are to be dismissed.

*So ordered.*